STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                          Case No.: 15-19752-BKC-RAM
                                                Chapter 13
Roger E Romero
Marta Romero,

      Debtor(s).
_____/

## TRUSTEE'S MOTION TO REDIRECT PAYMENT OF INTERNAL REVENUE SERVICE AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K. Neidich, Standing Chapter 13 Trustee, files the instant *Motion to Redirect Payment of Internal Revenue Service* and states as follows:

1. On September 22, 2015, an Order Confirming the Debtors' second amended Chapter 13 Plan was entered ("Confirmed Plan"). [ECF No. 29].

2. The Confirmed Plan pays the Internal Revenue Service ("IRS").

3. The IRS has amended their filed a proof of claim number 2 and lists not debt owed.

4. The Trustee requests that the IRS payments listed in the Confirmed Plan be redirected, pro-rata, to general unsecured creditors, or, if none, to the Debtor(s).

**WHEREFORE**, the Trustee requests the Court enter an order allowing the Trustee to redirect the Internal Revenue Service payments listed in the Confirmed Plan to the general unsecured creditors, or, if none, to the Debtor(s) and for any further relief the Court deems necessary.

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/ Jose Miceli
JOSE L. MICELI, ESQ.

FLORIDA BAR NO: 0077539
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: APR 28 2016

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing was served on _____APR 28 2016_____ via CM/ECF the Counsel for the Debtor(s) and:

**By regular U.S. mail:**

UNITED STATES TREASURY
P.O. BOX 7317
PHILADELPHIA, PA 19101-7317

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

UNITED STATES TREASURY
P.O. BOX 7346 (NOTICE)
PHILADELPHIA, PA 19173-4600

Loretta E. Lynch
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

WIFREDO A. FERRER
United States Attorney for the Southern District of Florida
99 N.E. 4th Street
Miami, Fl. 33132

_____/s/_____
JOSE I. MICELI, ESQ.